UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **SHAWN JOHNSON** | **CASE NO. 1:23-CV-00168** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BROOKSHIRE GROCERY CO., ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [ECF No. 25], and after an independent review of the record, and noting the absence of objections filed,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion to Remand [ECF No. 9] is DENIED.

IT IS FURTHER ORDERED that the Motion to Strike [ECF No. 14] is GRANTED, the First Amended Complaint [ECF No. 12] is STRICKEN, and all claims asserted against Thomas Graham and Elizabeth Bishop are DISMISSED.

THUS DONE in Chambers on this 22nd day of September, 2023.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE