UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **SHAWN JOHNSON** | **CIVIL ACTION NO.: 23-168** |
| **VERSUS** | **DISTRICT JUDGE JERRY EDWARDS, JR.** |
| **BROOKSHIRE GROCERY COMPANY AND MATT KAYE** | **MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES** |
| | ***JURY TRIAL DEMANDED*** |

## ORDER FOR DISMISSAL WITH PREJUDICE

Considering the Joint Motion for Dismissal (R. Doc. 51) brought by the Plaintiff, Shawn Johnson, and the Defendant, Brookshire Grocery Company, pursuant to Rule 41(a)(2),

**IT IS HEREBY ORDERED** that the Motion be and is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the above-captioned and numbered proceeding be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**THUS DONE AND SIGNED**, in chambers, on this 6th day of December, 2024.

_____
**THE HONORABLE JUDGE JERRY EDWARDS JR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA**